UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PETER JASON HELFRICH,<br><br>　　　　Petitioner,<br>　v.<br>STATE OF NEVADA, et al.,<br><br>　　　　Respondents. | Case No. 2:16-cv-00312-RFB-NJK<br><br>ORDER |

Petitioner's request for judicial notice and objection to the Court's order of July 10, 2018, (ECF No. 45), filed in this closed habeas action, is denied as frivolous and moot.

DATED this 13th day of September, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE